# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW HOPE FAMILY SERVICES, INC., | No.: 5:18-cv-1419-MAD-TWD |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| SHEILA J. POOLE, in her official capacity as Acting Commissioner for the Office of Children and Family Services for the State of New York, | |
| Defendant. | |

Notice is hereby given that New Hope Family Services, Inc., Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment and decision of this Court entered on May 16, 2019, granting the Defendant's motion to dismiss and denying Plaintiff's motion for preliminary injunction (Dkt. Nos. 38 & 39).

Dated:   June 10, 2019.

                              Respectfully submitted,

                              *s/Roger G. Brooks*
                              Roger G. Brooks, NY Bar No. 2260537
                              rbrooks@ADFlegal.org
                              Jonathan Scruggs, AZ Bar No. 030505
                              jscruggs@ADFlegal.org
                              Jeremiah Galus, AZ Bar No. 030469*
                              jgalus@ADFlegal.org
                              Jeana Hallock, AZ Bar No. 032678*
                              jhallock@ADFlegal.org

                              Alliance Defending Freedom
                              15100 N. 90th Street
                              Scottsdale, AZ 85260
                              (480) 444-0020
                              (480) 444-0028 (Fax)

David Cortman, Bar No. 502661
dcortman@ADFlegal.org
Alliance Defending Freedom
1000 Hurricane Shoals Road, N.E.
Suite D-1100
Lawrenceville, GA  30043
(770) 339-0774
(770) 339-6744 (Fax)

Robert Genant, Bar No. 105257
Genant Law Office
3306 Main Street, Ste. B
Mexico, NY  13114
(315) 963-7296
(315) 963-8274 (Fax)
bgenant@genantlaw.com
*Local Counsel*

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    Adrienne.Kerwin@ag.ny.gov

    s/ *Roger G. Brooks*
    Attorney for Plaintiff