UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW HOPE FAMILY SERVICES, INC.,
a New York nonprofit corporation,

               Plaintiff,

vs.

SHEILA J. POOLE, in her official capacity as the Acting Commissioner for the Office of Children and Family Services for the State of New York,

               Defendant.

5:18-cv-1419 (MAD/TWD)

**ORDER STAYING DISCOVERY AND SETTING A SUMMARY JUDGMENT BRIEFING SCHEDULE**

This matter is before the Court on the parties' Stipulated Motion to Stay Discovery and to Set a Summary Judgment Briefing Schedule. The Court, having reviewed the motion and being otherwise sufficiently advised, orders as follows:

IT IS HEREBY ORDERED

1. The parties' stipulated Motion to Stay Discovery is GRANTED.

2. The Court waives the requirement for pre-motion letters and a pre-motion conference in connection with motions for summary judgment.

3. Moving Briefs in Support of Motions for Summary Judgment shall be filed on or before September 24, 2021.

4. Briefs in Opposition to Motions for Summary Judgment shall be filed on or before November 12, 2021.

5. Reply briefs shall be filed on or before December 17, 2021.

IT IS SO ORDERED:

*Thérèse Wiley Dancks*
U.S. Magistrate Judge

Dated: 7/7/2021